FILE COPY

No. 07-14-00320-CR

| | | |
|---|---|---|
| Joseph Hernandez<br>  Appellant | § | From the 242nd District Court of<br>  Hale County |
| | § | |
| v. | | January 16, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Chief Justice Quinn |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated January 16, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o